NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1407, -1408

## IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

---------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

GENERAL MOTORS CORPORATION,

Defendant-Appellee.

Appeals from the United States District Court for the Central District of California in Case nos. 2:07-ML-1816 and 07-CV-2339, Judge R. Gary Klausner.

ON MOTION

ORDER

Upon consideration of Matthew J. Moore's motion for leave to withdraw as principal counsel for General Motors Corporation,

IT IS ORDERED THAT:

The motion is granted. New principal counsel should enter an appearance within 14 days of the date of filing of this order.

FOR THE COURT

MAR 3 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Matthew J. Moore, Esq.
Stephen C. Neal, Esq.
Brian Ferguson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2010

JAN HORBALY
CLERK